1538 CLEGG ET AL. vs. BOARD OF AUDITORS (Wayne), No. 13450, 96 M., 188.

To compel respondents to allow the claim of relators for examining the books and accounts of the county treasurer and board of auditors, under instructions of the board of supervisors.

Denied June 23, 1893, with costs, on the ground that the board of supervisors of Wayne County have no power to examine the books and accounts of the county treasurer and board of auditors of said county.

1539 WHEELER vs. BOARD OF PUBLIC WORKS (Muskegon), 12491.

To compel an allowance of relator's account as a physician, under 3 How. Stat., Sec. 1681 a.

Granted February 3, 1892, with costs.

1540 SCHNEIDER vs. CITY CONTROLLER (Detroit), No. 15260; 65 N. W., 559; 2 D. L. N., 759. (Certiorari to Wayne.)

To compel respondent to draw his warrant on the city treasurer for $1,000 in payment of services alleged to have been rendered by relator to the board of health of said city, a claim for which having been allowed by the board at $252, which amount relator refused to accept, but presented his claim to the Common Council, which body allowed it at $1,000.

The circuit judge granted the writ.

Reversed December 24, 1895, with costs of both courts, on the ground that Act No. 19, Laws of 1895, vested in the board of health the sole authority to audit and allow such claims.